

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2021

No. 04-21-00038-CV

**IN THE INTEREST OF R.H.B. AND C.D.B, CHILDREN,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16615
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On February 3, 2021, appellant filed a Motion to Extend Time to File Notice of Appeal. Because the motion to extend time was timely-filed, the notice of appeal filed by appellant on February 3, 2021 was also timely; therefore, the motion is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court